AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas




FILED

MAR 2 2 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

ROBERTO LOPEZ, JR., and
ROBERTO LOPEZ,
PLAINTIFFS

v.

CEM INSURANCE COMPANY,
DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-15-CV-118-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Accordingly, the Defendant's Motion for Summary Judgment (ECF No. 8) is GRANTED, and the case is DISMISSED

| March 22, 2017 | Jeannette J. Clack |
|---|---|
| Date | Clerk |

/s/ Alma McCrary
(By) Deputy Clerk